IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GUSTAVO RIOS MENDIOLA,

    Petitioner,

v.                                            CASE NO. 4:13-cv-253-MW/CAS

LEE COUNTY JUSTICE CENTER,

    Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed May 3, 3013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. **The Clerk shall transfer this action to the United States Court for the Southern District of Florida, Miami Division, for all further proceedings.**

SO ORDERED on May 21, 2013.

                                                      s/Mark E. Walker
                                                      United States District Judge